CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: Gibney
REPORTER: G. Halasz, OCR
DOCKET NO: 3:21cr42
DATE: 9/15/21

UNITED STATES OF AMERICA
v.
Keith Rodney Moore

**APPEARANCES:** On behalf of government *Kevin Elliker*
On behalf of defendant: *Laura Koenig*
DEFENDANT PRESENT WITH COUNSEL

**TYPE of PROCEEDINGS:** Hearing on Motion to Suppress

arguments heard from counsel; the Court will allow the defendant's motion to dismiss to go forward; matter continued to allow counsel to gather evidence and expert analysis on issues; status conference (by phone) scheduled for Oct 18 at 9:00 am

**CASE CONTINUED TO:** Oct 18 at 9 am - Conference Call on status

CASE SET 9:00 a.m.   BEGAN: 9:06am   ENDED: 9:42am   TIME IN COURT: 34 mins.