IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.                                                                  Criminal Action No. 3:21cr42

KEITH RODNEY MOORE,
          Defendant.

## ORDER

This matter comes before the Court on the October 18, 2021 status conference. On July 26, 2021, the Court held a hearing on the defendant's motion to suppress. (ECF No. 30.) During the hearing, the Court granted the defendant's request to submit additional briefing. (ECF Nos. 30, 31.) In the defendant's supplemental brief on the motion to suppress, the defendant also moved to dismiss the indictment. (ECF No. 32.) On September 15, 2021, the Court held a hearing on the defendant's supplemental brief, (*id.*), and the government's response, (ECF No. 36). Following the hearing, the Court directed the defendant to consult with an expert regarding the statistical significance of the evidence presented in support of the defendant's motion to dismiss the indictment and to consider additional evidence in support of the motion, and scheduled a status conference for Monday, October 18, 2021. (ECF No. 44.)

For the reasons stated during the October 18 conference call, the Court SCHEDULES a telephonic status conference for **Thursday, November 18, 2021, at 9:00 a.m.**

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 18 October 2021
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge