IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.  Criminal Action No. 3:21cr42

KEITH RODNEY MOORE,
        Defendant.

## FINAL ORDER

This matter comes before the Court on three motions: (1) a motion to dismiss the indictment, (ECF Nos. 32, 66), filed by the defendant, Keith Rodney Moore; (2) a motion to exclude defense expert Dr. Eli Coston, (ECF No. 70), filed by the government; and (3) a motion to exclude defense expert Dr. Marvin Chiles, (ECF No. 82), filed by the government. For the reasons stated in the accompanying Opinion, the Court ORDERS as follows:

1. The Court GRANTS the motion to dismiss the indictment, (ECF Nos. 32, 66), and DISMISSES WITH PREJUDICE Count One of the Criminal Indictment, (ECF No. 1).

2. The Court DENIES the motion to exclude defense expert Dr. Eli Coston, (ECF No. 70).

3. The Court DENIES the motion to exclude defense expert Dr. Marvin Chiles, (ECF No. 82).

4. The Court DIRECTS the Clerk to close the case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 12 February 2024
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge